UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN F. PEACOCK                                          CIVIL ACTION

VERSUS                                                   NO. 07-988

UNITED STATES OF AMERICA                                 SECTION "S"(3)

**O R D E R**

The Court, after considering the parties' submissions regarding Plaintiff's Application for Attorney's Fees, the entirety of the record, the applicable law, the Magistrate Judge's Report and Recommendation (Doc. #102) and the absence of any objections thereto, hereby approves the aforesaid Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that **Plaintiff's Motion for Attorney's Fees [Doc. #94]** is hereby GRANTED in the amount of **$112,896.00**, in addition to expenses/costs in the amount of $47,608.01 as previously determined.

New Orleans, Louisiana, this 21st day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE